AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT

12/05/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: EC DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California



**FILED**
CLERK, U.S. DISTRICT COURT

**12/5/2024**

CENTRAL DISTRICT OF CALIFORNIA
BY:   M.B.   DEPUTY

United States of America

v.

OSHAE POLLARD ("POLLARD")
Defendant.

Case No.   **8:24-mj-00612**

## AMENDED CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 26, 2024, in the county of Orange County in the Central District of

California and elsewhere, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1951(a) | Interference with commerce by robbery |
| 18 U.S.C § 924(c) | Use of a firearm during a crime of violence |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
*/s/ Wyatt Haccou*
*Complainant's signature*

_____
Wyatt Haccou, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   December 5, 2024

_____
*Judge's signature*

City and state:   Santa Ana, California

Hon. John D. Early, U.S. Magistrate Judge
*Printed name and title*

AUSA: J. MacCabe (x5046)

## **AFFIDAVIT**

I, Wyatt Haccou, being duly sworn, declare and state as follows:

## I.  **INTRODUCTION**

1.   I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (the "ATF") in the Los Angeles Field Division, Santa Ana Field Office, and have been employed by the ATF since December 2021.  I have assisted in numerous investigations involving criminal street gangs, possession of firearms by prohibited persons, possession of stolen firearms, possession of machineguns, the illegal distribution of firearms, burglaries, robberies, carjackings, and other violent crimes.  I have been involved with numerous serial robbery investigations involving a suspect or suspects committing multiple robberies, most of which were armed, of various businesses over a short period of time.  Currently, I am assigned to the ATF Orange County Violent Crime Task Force ("OCVCTF") based in Orange County, California.  OCVCTF is dedicated to identifying, tracking, and apprehending armed violent offenders committing criminal violations, to include but not limited to violations of Hobbs Act robbery and other firearm-related violations.

2.   I received training during the course of my employment as an ATF Special Agent in various topics, to include but not limited to: robberies affecting interstate commerce, interview techniques, illegal trafficking of firearms, the utilization of informants, the activities of criminal street gangs, asset forfeiture, and conducting surveillance and wire interceptions.

Through these investigations, my training and experience, and conversations with other experienced agents and law enforcement personnel, I have become familiar with the methods used by individuals to plan and commit robberies; to acquire, smuggle, safeguard, and store firearms; and to distribute firearms.  I am also familiar with how controlled substances are imported, manufactured, distributed, and sold.  I have become familiar with the schemes of individuals engaged in the illegal importation, smuggling, manufacturing, and sales of firearms and controlled substances.

3.    In the course of the cases I investigate or otherwise participate in, I routinely use cellular technology and records, such as cell phone location information, cell site simulators, and call detail records to obtain evidence of conspiracies to commit robberies, burglaries, carjackings, and the trafficking of firearms and controlled substances.

## II. <u>PURPOSE OF AFFIDAVIT</u>

4.    This affidavit is made in support of a criminal complaint against, and arrest warrant for, OSHAE POLLARD ("POLLARD") for a violation of interference with commerce by robbery (18 U.S.C. § 1951(a)) and a violation of use of a firearm during a crime of violence (18 U.S.C § 924(c)).

5.    The facts set forth in this affidavit are based upon my observations, my training and experience, and information obtained from other law enforcement agents, officers, investigators, and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the

requested complaint and warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only, all amounts or sums are approximate, and all dates and times are on or about those indicated.

### III. <u>SUMMARY OF PROBABLE CAUSE</u>

6. Starting no later than August 25, 2024, suspects began targeting victims in parking lots throughout Southern California in a series of related armed robberies. To date, the series consists of no less than three robberies and one attempted robbery in Los Angeles County and Orange County. The first robbery occurred at the Hustler Casino parking lot in Gardena, California, where the suspect broke the victim's teeth with his pistol. The next day, the second armed robbery occurred at the Winchell's Donut House parking lot in Carson, California. That same day, the third robbery occurred in the parking lot of Fashion Island in Newport Beach, California, where one of the suspects fired his pistol at one of the victims, barely missing him. Approximately one month later, the attempted robbery occurred in the parking lot of South Coast Plaza in Costa Mesa, California, where the suspect shot the victim twice.

7. As set forth below, the following evidence connects POLLARD to those crimes: (1) a cellular telephone used by POLLARD connected to towers in the vicinity of all of the crime scenes shortly before and during those robberies and attempted robbery; (2) POLLARD's public Instagram account shows several

3

photographs of POLLARD wearing a metal bracelet on his right hand, which had no tattoos, and a rose flower tattoo on his left hand, matching the description of the tattoo seen and bracelet worn during the armed robbery at the Winchell's Donut House parking lot; (3) POLLARD posted a photograph on his public Instagram account showing him wearing a Audemars Piguet Royal Oak watch with a blue face, like the watch stolen in the armed robbery at the Fashion Island parking lot; (4) POLLARD was arrested by the Inglewood Police Department ("IPD") less than a month after the attempted robbery at the South Coast Plaza parking lot for possessing of a loaded pistol in a blue 2020 Kia Forte, with assigned California license plate 8NSP178 and vehicle identification number (VIN) 3KPF54AD7LE189858 (the "SUBJECT VEHICLE"); (5) the same pistol recovered from the SUBJECT VEHICLE is the same pistol that was discharged during the armed robbery at the Fashion Island parking lot and the attempted robbery at the South Coast Plaza parking lot;[1] and (6) the SUBJECT VEHICLE, which POLLARD drives and parks at or near 1417 W. 80th Street, Apartment 1, Los Angeles, California 90047 (the "SUBJECT RESIDENCE") while he stays overnight, matches the description of the suspect's car used in the crimes at the Hustler Casino, Fashion Island, and South Coast Plaza.

## IV. STATEMENT OF PROBABLE CAUSE

8.    I am assigned to the investigation of the three armed robberies and attempted robbery, discussed herein, which

---

[1] After POLLARD's arrest with the pistol, the firearm was test fired and ballistics confirmed it to be the pistol discharged at the two crime scenes.

occurred in business parking lots throughout the Central District of California in August and September 2024.  Based on my involvement in this investigation, my review of local police reports related to the crimes, my review of surveillance footage and images from the crimes, my review of cellular telephone data, my own surveillance as well as conversations regarding surveillances conducted by other OCVCTF investigators, and my discussion of the crimes with other involved OCVCTF investigators, I know the following facts.

  **A.**  **Robberies and Attempted Robbery Under Investigation**

  9.  The following information about the robberies and attempted robbery that I have been investigating is based on my review of law enforcement reports and video surveillance, where available, as well as my conversations with other investigators.

    1.  Hustler Casino Parking Lot Robbery on August 25, 2024

  10.  On August 25, 2024, at approximately 11:40 p.m., an armed robbery occurred in the parking lot of the Hustler Casino,[2] located at 1000 West Redondo Beach Boulevard, Gardena, California.  A black male suspect ran toward the victim and pushed her to the ground.  The victim held onto her purse and yelled for someone to help her.  The suspect began pulling on

---

  [2] The Hustler Casino hosts international customers, as well as customers from across the United States.  Additionally, in the normal course of business operations, the casino employs the use of money couriers and bank services from out of state.  This robbery in the parking lot caused casino security guards to attend to the incident and interact with responding law enforcement for the investigation, diverting the resources of the casino.  Additionally, because of the armed robbery, the victim did not return to the casino to gamble, which she was on her way to do at the time of the armed robbery.

the victim's purse and removed a black semi-automatic pistol from his person.  The suspect placed the barrel of the pistol into the victim's mouth breaking her teeth.  The suspect threatened the victim, "If you yell again, I'll kill you."  At this time, a witness yelled in their direction, and the suspect grabbed the money from the victim and retreated to the suspect vehicle.  The suspect entered the driver's seat of the suspect vehicle and fled the location, last seen driving northbound on Vermont Avenue.

11.  The estimated loss from the robbery was between $1,000 and $2,000.  Surveillance video from the casino captured the suspect vehicle, which appeared to be a blue four-door vehicle, possibly a Kia Forte, with blue/red paper plates, like the SUBJECT VEHICLE.  A security guard also observed the suspect vehicle drive by him and described the suspect wearing a hoodie over his head and holding a black semi-automatic handgun.

  2.  Winchell's Donut House Parking Lot Robbery on August 26, 2024

12.  On August 26, 2024, at approximately 5:15 a.m. (approximately five-and-a-half hours after the Hustler Casino parking lot robbery just discussed), an armed robbery occurred in the parking lot of a Winchell's Donut House, located at 184 E. Carson Street, Carson, California.  A victim, operating as a taxicab driver,[3] was sitting inside his taxicab when he was

_____

[3] The driver was operating as a taxi driver for Ride Yellow taxi service, which operates in California and Florida.  Ride Yellow operates like a ride share service, connecting customers with taxi drivers and facilitating payment.  In the course of
*(footnote cont'd on next page)*

approached by two black male suspects.[4]  Suspect 1 pointed a two-
toned colored semi-automatic pistol at the victim and told him
to "relax; give me your money and your wallet."  The victim was
in fear for his life and did not move.  Subsequently, both
suspects began striking the victim in the face.  At one point,
Suspect 1 entered the victim's vehicle and held him at gunpoint.
The victim then handed the suspects his wallet and black Samsung
cellular phone.

13.  Surveillance footage showed that Suspect 1 had a metal
bracelet around his right wrist, which had no tattoo, and the
suspect's left hand had a dark shaded tattoo, which appeared to
be a rose flower.  The combined loss of the items stolen was
approximately $560.

3.  Fashion Island Mall Parking Lot Robbery on August
26, 2024

14.  On August 26, 2024, at approximately 10:04 p.m. (less
than 17 hours after the Winchell's Donut House parking lot
robbery just discussed), an armed robbery occurred in a parking
lot at the Fashion Island shopping mall,[5] located at 327 Newport

---

their business, Ride Yellow processes credit cards for fare
payment, and its drivers and vehicles operate on federally
funded interstate highways.

[4] The victim initially described both suspects as Hispanic.
However, I have reviewed surveillance video of the robbery
showing that the two suspects were black males.

[5] Fashion Island is owned and operated by the Irvine
Company, a national private real estate development company
based in California.  The mall leases space to a multitude of
national and international businesses and restaurants operating
out of the mall.  This robbery caused a portion of the mall
parking lot to be inaccessible to the public and for the
security company contracted by the Irvine Company to divert and
focus resources to that part of the mall to aid the
*(footnote cont'd on next page)*

Center Drive, Newport Beach, California.  Two black male suspects stopped their blue Kia Forte vehicle, like the SUBJECT VEHICLE, in front of two victims who were standing near their Rolls-Royce and Ferrari vehicles.  Suspect 1 was described as a black male, in his 20s, approximately 5 feet 9 inches tall, between 130 to 140 pounds, wearing a black hoodie with the hood over his head, a black ski mask, black pants, and gloves, and armed with a grey semi-automatic pistol.  Suspect 2 was described as a black male, in his 20s, between 130 to 140 pounds, wearing a black hoodie, black pants, black facemask, and gloves.

15.  The victim-owner of the Ferrari became suspicious of the suspects and slowly began walking back to his Ferrari.  The two suspects exited their vehicle and approached the other victim standing on the driver's side of the Rolls-Royce. Suspect 1 was armed with a semi-automatic pistol and pointed it at the victim, demanding, "Give me all your cash!  Where is the cash at?"  Out of fear for his life, the victim gave the suspect his Audemars Piguet Royal Oak watch with a blue face, brown

---

investigation.  Additionally, one of the victims from this robbery drove to a nearby Chevron (an international corporation) gas station to escape the suspects and meet law enforcement.  As a result, the gas station's business was also adversely impacted by the prolonged law enforcement presence.

Berluti wallet with the initials "KR", and Rolls-Royce keys.
Below is a photograph of the Rolls-Royce and blue Kia Forte.



16.  As the suspects were robbing that victim, the other
victim started the Ferrari and attempted to drive away.  Suspect
1 ran to the driver's door of the Ferrari and fired one round
from his pistol into the Ferrari barely missing the victim.  The
victim was able to drive away and proceeded to a nearby gas
station where he asked the gas station clerk to call the police.

17.  Both suspects entered their Kia and fled the location.
A single 9-millimeter shell casing was located at the scene and
later collected by the Newport Beach Police Department.  The
total value of the items stolen was approximately $44,000.

    4.   <u>South Coast Plaza Mall Parking Lot Robbery on
September 22, 2024</u>

18.  On September 22, 2024, at approximately 8:37 p.m., an attempted armed robbery occurred in the parking lot of the South Coast Plaza shopping mall,[6] located at 3333 Bristol Street, Costa Mesa, California.  A victim was entering his vehicle when he was approached by a black male suspect described by the victim as being approximately 5 feet 6 inches tall, weighing 160 pounds, being between 30 to 40 years old, with dark skin and dark eyes, and wearing a black hoodie, black ski mask, black pants, and black shoes.[7]

19.  The suspect was pointing a semi-automatic pistol at the victim and demanded, "Give me the watch, give me the ring, give me the car."  The suspect repeated this statement approximately three to four times.  The suspect then threatened, "I'm going to shoot you; I'm gonna kill you."  The suspect repeated this statement approximately four times.  The suspect then shot the victim in the left hand.  The suspect pointed his pistol at the victim's chest and said, "You're a dead man."  The

---

[6] South Coast Plaza hosts a multitude of national and international chain businesses and retailers, as well as restaurants.  This attempted robbery caused a portion of the mall parking lot to be inaccessible to the public and for the mall security force to divert and focus resources to that part of the mall to aid the investigation, adversely impacting and limiting the ability of customers to utilize the full shopping center.

[7] Based on my training and experience, as well as conversations with other experienced OCVCTF investigators, I know that high stress and traumatic experiences can impact or affect memory and the ability to perceive or recall specific details of the event, like the age of a suspect in the victim's description.  According to POLLARD's California Department of Motor Vehicles driver's license record, POLLARD is 21 years old.

victim began to remove his watch, and the suspect shot the victim in the left thigh.  The victim kicked the suspect, and the suspect fell to the ground.  The victim exited his vehicle and began kicking the suspect several more times.  The suspect stood up and the two fought with each other for approximately 10 to 15 seconds.  The victim was able to get back into his vehicle and started to drive in reverse before the suspect could take anything.  The suspect ran to his blue sedan vehicle, which appeared to be a blue Kia Forte, like the SUBJECT VEHICLE, and drove away toward Bristol Street.  Below is a photograph of the attempted robbery.



**B.   POLLARD's Phone Was in the Area of All the Crime Scenes During the Crimes**

20.  On September 24, 2024, OCVCTF investigators obtained a search warrant signed by the Honorable Thomas A. Glazier of the Superior Court of California, County of Orange, for historical

tower log data for the four crime locations in this investigation detailed above.  In reviewing this data, investigators found that cellular telephone number (310) 427-1663 ("x1663") was in the area of all four crime scenes before, during, and for a short period after the robberies and attempted robbery.  The subscriber information for x1663 shows that the subscriber of x1663 is "Oshae Oshae," which is POLLARD's first name.

21.  On October 18, 2024, OCVCTF investigators obtained a search warrant signed by the Honorable Anthony C. Ufland of the Superior Court of California, County of Orange, for prospective location data for x1663.  That prospective location data confirmed that POLLARD is the user of x1663.  While conducting surveillance, OCVCTF investigators observed POLLARD's movements, which showed generally that x1663 is with POLLARD, based on the cellular location data received pursuant to the warrant and the investigators' physical surveillance of POLLARD.

**C.    On October 16, 2024, POLLARD Possessed the Firearm Discharged in the Fashion Island Robbery and South Coast Plaza Attempted Robbery in the SUBJECT VEHICLE**

22.  Based on my review of law enforcement reports and conversations with other investigators, I know the following:

a.    On October 16, 2024, IPD arrested POLLARD for carrying a concealed firearm in a vehicle, as well as other related violations of the California Penal Code, while driving the SUBJECT VEHICLE.  IPD initially stopped POLLARD for driving the SUBJECT VEHICLE without a rear license plate, a violation of the California Vehicle Code.  After POLLARD's arrest and the

impoundment of the SUBJECT VEHICLE, the assigned California
license plate for the SUBJECT VEHICLE was determined to be
8NSP178.

  b. Upon IPD's initial approach to the SUBJECT
VEHICLE, a large amount of smoke that smelled like marijuana
emanated from the SUBJECT VEHICLE, and officers suspected
POLLARD to be driving under the influence.  POLLARD and his
female passenger, who was not identified, exited the SUBJECT
VEHICLE.  POLLARD also refused to identify himself to the police
during the detention and became belligerent and uncooperative.

  c. Before IPD searched the SUBJECT VEHICLE due to
the strong smell of marijuana, they had to air the vehicle out
from the large amounts of smoke by opening multiple doors, and
in doing so an officer observed marijuana in a plastic bag on
the driver's side door panel and a lit marijuana cigar/cigarette
in an ash tray of the cup holder of the SUBJECT VEHICLE.  While
searching the rear portion of the SUBJECT VEHICLE, IPD officers
found a loaded, two-toned Glock Model 19 Gen5 9mm, pistol
bearing serial number BPUZ309, with a large capacity magazine,
on the floorboard behind the driver's seat.

d.    During this arrest, POLLARD had a black ski mask
on him, like a suspect was described as wearing in at least two
of the crimes that I have been investigating.  In my review of
POLLARD's booking photographs, I saw that POLLARD had a rose
flower tattoo on his left hand which appeared to match the
tattoo of the suspect who committed the armed robbery of the
taxicab driver in the Winchell's Donut House parking lot.  Below
are photographs of that tattoo and black ski mask from IPD.



e.    POLLARD was later released from custody.

23.  The firearm that POLLARD was arrested with was later
transferred into ATF custody and test fired for further
analysis.  The spent shell casings from the crimes at Fashion
Island and South Coast Plaza where the suspect shot at the
victims were compared with the spent shell casings collected
from the test fire of the Glock Model 19 pistol that POLLARD was
arrested with.  Analysis showed that the Glock Model 19 pistol
POLLARD was in possession of during the IPD arrest was the same

14

pistol used in the shootings during the Fashion Island parking lot robbery and South Coast Plaza parking lot attempted robbery.

**D.   Search Warrant for POLLARD's Instagram Account**

24.   On October 22, 2024, the Honorable Carlton Biggs of the Superior Court of California, County of Orange, issued a warrant to search POLLARD's Instagram accounts.  While reviewing data from POLLARD's Instagram account "odwggg" pursuant to this warrant, OCVCTF investigators observed several photographs of POLLARD wearing a metal bracelet on his right wrist, which had no tattoo, and his left hand with a dark shaded rose flower tattoo.

25.   A photograph comparison of POLLARD and Suspect 1 from the robbery of the taxicab driver in the Winchell's Donut House parking lot with the same type of bracelet worn on the right wrist of a tattoo-less hand, like POLLARD, is below.

 

26.   Suspect 1 from that robbery also had a tattoo on his left hand, similar to POLLARD's rose flower tattoo.  I have reviewed the video of that robbery.  Below is a screenshot of that video with the tattooed left hand circled in red.



27.    POLLARD also had pictures posted on his public Instagram story of him at a shooting range firing a black Glock-style semi-automatic pistol.  While reviewing POLLARD's Instagram account, pursuant to the State of California warrant, OCVCTF investigators observed direct message conversations of POLLARD discussing firearms and firearm transactions.

28.    On November 14, 2024, I was monitoring POLLARD's public Instagram account and observed POLLARD post a story of what appeared to be POLLARD wearing a Audemars Piguet Royal Oak watch with a blue face.[8]  Additionally, the individual in the

---

[8] The Audemars Piguet Royal Oak watch with a blue face was the same type of watch described and reported as stolen during the Fashion Island parking lot robbery where a suspect shot POLLARD's gun at one victim.

photograph is wearing the watch on his left wrist and also appeared to have the same dark shaded rose flower tattoo design on his left hand, like POLLARD.  That photograph is below.



29.  On November 19, 2024, I continued to monitor POLLARD's public Instagram account "odwggg" and noticed that POLLARD posted another story of the Audemars Piguet Royal Oak watch with a blue face.  I believe that POLLARD is wearing the watch in this photograph due to it being posted on his account's story and the left hand having the same dark shaded rose flower tattoo, like POLLARD.

**E.    POLLARD Drives the SUBJECT VEHICLE**

30.  Throughout this investigation, OCVCTF investigators have conducted surveillance and obtained cellular phone location data and GPS tracking data for the SUBJECT VEHICLE.  I know the following facts based on my own surveillance, review of the data, and discussions with other investigators.

17

    1.   <u>Surveillance Showing POLLARD Driving the SUBJECT VEHICLE</u>

31.  On October 23, 2024, OCVCTF investigators conducted surveillance of POLLARD driving the SUBJECT VEHICLE, who was accompanied by a black female front passenger, later identified as a woman with the initials A.J.  OCVCTF investigators observed POLLARD reversing out of the driveway of the SUBJECT RESIDENCE and driving the SUBJECT VEHICLE.

32.  OCVCTF investigators utilized a public records database for the SUBJECT RESIDENCE.  During this records check, OCVCTF investigators discovered that A.J. is associated with the SUBJECT RESIDENCE and lists the SUBJECT RESIDENCE on her California driver's license.  Additionally, as a result of reviewing POLLARD's Instagram account, I discovered several photographs and videos of A.J. sent to POLLARD as well as several direct messages.  Based on my involvement in this investigation, I believe that A.J. and POLLARD are in a romantic relationship and are living together.[9]

33.  On October 30, 2024, OCVCTF investigators conducted surveillance of POLLARD and observed him driving the SUBJECT VEHICLE as the only occupant.  Investigators later observed POLLARD using a mailbox at and entering the front door of the SUBJECT RESIDENCE using a key.

34.  On November 15, 2024, OCVCTF investigators conducted surveillance of POLLARD.  During this surveillance, OCVCTF

---

[9] OCVCTF investigators discovered evidence in the course of the investigation that A.J. accompanied POLLARD to South Coast Plaza during the attempted robbery in the parking lot where the victim was shot, as discussed above.

investigators observed POLLARD driving the SUBJECT VEHICLE and returning to the SUBJECT RESIDENCE.

2.   GPS Tracking Device for POLLARD's SUBJECT VEHICLE

35.   On October 18, 2024, OCVCTF investigators obtained a search warrant signed by the Honorable Anthony C. Ufland of the Superior Court of California, County of Orange, authorizing the installation and use of a GPS tracking device for the SUBJECT VEHICLE, which is regularly driven by POLLARD.

F.   **POLLARD Uses the x1663 Number**

36.   OCVCTF investigators have determined that POLLARD is the user of the x1663 number based on observations made while conducting surveillance.  Specifically, all movements made by POLLARD coincided with the prospective cellular location data being received for x1663.  Lastly, while conducting surveillance, OCVCTF investigators placed a phone call to x1663 and observed and heard POLLARD answer the phone.

37.   Based on cellular location data for POLLARD's cellular device x1663, obtained pursuant to the previously mentioned search warrant mentioned above, POLLARD's cellular device x1663 showed to be in the area of the 1426 North Ronan Avenue, Wilmington, California 90744 (the "Ronan Avenue address"), from late evening hours to early morning hours from December 1, 2024, through December 4, 2024.  On the date of the South Coast Plaza attempted robbery, POLLARD's historical cellular data showed he traveled to the area of South Coast Plaza hours before the robbery, and then left and traveled to the area of the Ronan

Avenue address before returning to the area of South Coast Plaza around the time of the attempted robbery.

**G.    OCVCTF Arrests POLLARD on December 4, 2024**

38.    On December 4, 2024, POLLARD, according to a review of GPS data, left the Ronan Avenue address and traveled to the area of the SUBJECT RESIDENCE, and then traveled to Orange County, California.  POLLARD was then observed by OCVCTF personnel arriving in the parking lot of Happy Jeweler's and Jewelry Mart in Fullerton, California driving the SUBJECT VEHICLE.  POLLARD remained parked in the business parking lot of the jewelry stores for approximately 30 minutes before driving out of the area and to a dead-end street approximately a half mile away.

39.    When the SUBJECT VEHICLE left the parking lot, it was bearing the assigned California license plate number 8NSP178 on the rear of the SUBJECT VEHICLE.  After a few minutes, the SUBJECT VEHICLE returned directly to the same parking lot and was now bearing the same KIA of Carson license plate on the rear of the vehicle which is same license plate seen on video during the aforementioned crimes.

40.    When POLLARD returned to the jewelry parking lot, he appeared to notice a marked Fullerton Police Department vehicle in the parking lot and immediately left the location and traveled to the area of the SUBJECT RESIDENCE.

41.    POLLARD was thereafter arrested.

**V.  <u>CONCLUSION</u>**

42.    For all the reasons described above, there is probable cause to believe that POLLARD violated 18 U.S.C. § 1951(a)

(interference with commerce by robbery) and 18 U.S.C. § 924(c)

(use of a firearm during a crime of violence).


Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  5th  day of
December 2024.

_____
UNITED STATES MAGISTRATE JUDGE